**HAINES LAW GROUP, APC**
Paul K. Haines (SBN 248226)
  *phaines@haineslawgroup.com*
Tuvia Korobkin (SBN 268066)
  *tkorobkin@haineslawgroup.com*
Sean M. Blakely (SBN 264384)
  *sblakely@haineslawgroup.com*
2274 East Maple Ave.
El Segundo, California 90245
Phone: (424) 292-2350 / Fax: (424) 292-2355

Attorneys for Plaintiffs and the Class

[*Additional Counsel, Next Page*]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE VAZQUEZ, SERGIO ALFONSO LOPEZ, and MARIA VIVEROS, individually and on behalf of themselves and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>KRAFT HEINZ FOODS COMPANY, a Pennsylvania Corporation, and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO: 16-CV-02749-WQH (BLM)<br>  Consolidated w/<br>CASE NO: 17-cv-00077-WQH (BLM)<br><br>**<u>CLASS ACTION</u>**<br><br>**DECLARATION OF SAHAG MAJARIAN II IN SUPPORT OF PLAINTIFFS' MOTION FOR ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**No Oral Argument Unless Requested By Court**<br><br>Action filed:    September 8, 2016<br>Removed:       November 7, 2016<br>Trial Date:       None set |

**COHELAN KHOURY & SINGER**
Isam C. Khoury (SBN 58759)
  *ikhoury@ckslaw.com*
Michael D. Singer (SBN 115301)
  *msinger@ckslaw.com*
Diana M. Khoury (SBN 128643)
  *dkhoury@ckslaw.com*
Marta Manus, (SBN 260132)
  *mmanus@ckslaw.com*
605 C Street, Suite 200
San Diego, CA 92101
Telephone: (619) 595-3001 / Facsimile: (619) 595-3000

**LAW OFFICES OF SAHAG MAJARIAN II**
Sahag Majarian, II (SBN 146621)
  *sahagii@aol.com*
18250 Ventura Blvd.
Tarzana, CA 91356
Telephone: (818) 609-0807 / Facsimile: (818) 609-0892

Attorneys for Plaintiffs and the Class

---

Declaration of Sahag Majarian II ISO Motion for Order Granting Preliminary Approval
Case No. 16-CV-02749-WQH

I, SAHAG MAJARIAN II, hereby declare:

1. I am an attorney duly licensed to practice in the State of California and am the principal of the Law Offices of Sahag Majarian II, one of the attorneys of record for Plaintiff Enrique Vasquez in this action against Kraft Heinz Foods Company. I have personal knowledge of the following, and if called and sworn as a witness, I could and would competently testify thereto. This declaration is made in support of preliminary approval of the settlement of class action in this case.

2. I graduated from Loyola Law School in 1990. Since my graduation, I have been in private practice primarily representing consumers against insurance companies and workers against their employers. I have devoted a significant portion of my practice to employment law and class actions, and have been appointed co-class counsel for the plaintiffs in no less than 50 wage and hour class actions. A sample of these cases are: *Ayvazi v. Ralph Grocery Company*, LASC Case No. BC 382980; *Sandoval vs. Chevron Stations, Inc.*, MCSC Case No. CV 061690; *Nieves v. Roy's Worldwide, Inc.*, OCSC Case No. 06CC0076; *Corado v. Good Year Rubber Corp.*, SBSC Case No. RCV095476; *Pleitez v. Johnson Controls*, LASC Case No. BC353315; *Serrano v. BCI Coca Cola Bottling Co. of L.A.*, LASC Case No. BC349904; *Urbina v. Valley Crest Co.*, LASC Case No. BC356023; *Moraza v. OK International*, OCSC Case No. 06CC0148; *DeLuna v. Target*, LASC Case No. BC353080; *Daglian v. Staples, Inc.*, LASC Case No. BC375325; *McCoy v. Kimko*, OCSC Case No. 07CC00007; *Ayvazi v. Ralphs Grocery Company*, LASC Case No. BC382980; *Razo v. C & D Zodiac, Inc.*, OCSC Case No 07-CC01373; Sandoval v. Chevron Stations, Inc. MCSC Case No. CV061690; and *Gomez v. Spenuzza, Inc.* et al, RCSC Case No RIC524075.

3. In the employment class action arena, I have participated in over 150 class action mediations. My participation has included extensive preparation, development of thorough knowledge of the legal issues related to certification and

- 1 -
Case No. 16-CV-02749-WQH

liability, and full immersion and participation in the mediation and negotiation process. I have also been designated co-class counsel in various cases where we prevailed in contested class certification motions. These cases include *Herrera v. Mountain Meadow Mushroom Farms, Inc.*, SDCSC Case No. 37-2009-00092416-CU-MT-CTI; *Aguirre v. California Drop Forge, Inc.*, LASC Case No. BC374521; and *Marroquin v. Swissport North America, Inc.*, LASC Case No. BC390001; *Gutierrez v. Save Mart Supermarkets*, SMSC Case No. 530955.

4.   My participation in this case has included extensive preparation, development of a thorough knowledge of the legal issues related to certification and liability, and full immersion and preparation of exposure analysis for the violations asserted against Kraft Heinz Foods Company. The settlement in this case was reached after extensive negotiations during a full day mediation with an experienced and well respected mediator Jeff Ross. Based upon the totality of circumstances, I believe that the result achieved in this case is an extremely good outcome for all class members.

5.   Based on my experience as Class Counsel, and given the legal and factual realities presented in this case, I believe the proposed settlement is fair, reasonable and adequate for the class. As a result of my prior experience as class counsel in other class actions, I am fully aware of the responsibilities I would owe as Class Counsel to the Class in this action.

6.   Finally, I am not aware of any conflict of interest between myself on the one hand and Plaintiffs or any other Class Member on the other hand, which would interfere with my duties as Class Counsel or impede my representation of the proposed class.

///
///

- 3 -

1      I declare under penalty of perjury under the laws of the State of California
2  that the foregoing is true and correct.
3  Executed on July 9, 2019 at Tarzana, California.

_____
SAHAG MAJARIAN II