**HAINES LAW GROUP, APC**
Paul K. Haines (SBN 248226)
  *phaines@haineslawgroup.com*
Tuvia Korobkin (SBN 268066)
  *tkorobkin@haineslawgroup.com*
Sean M. Blakely (SBN 264384)
  *sblakely@haineslawgroup.com*
222 N. Sepulveda, Suite 1550
El Segundo, California 90245
Telephone: (424) 292-2350 / Facsimile: (424) 292-2355

Attorneys for Plaintiffs and the Certified Classes
[*Additional counsel listed on following page*]

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE VAZQUEZ, SERGIO ALFONSO LOPEZ, and MARIA VIVEROS, individually and on behalf of themselves and others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>KRAFT HEINZ FOODS COMPANY, a Pennsylvania Corporation, and DOES 1 through 100, inclusive,<br><br>       Defendants. | Lead Case No. 16-CV-02749-WQH-BLM (Consolidated w/Case No. 17-cv-00077-WQH-BLM)<br><br>**CLASS ACTION**<br><br>**UNOPPOSED**<br><br>**NOTICE OF MOTION AND MOTION FOR ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND ENTERING JUDGMENT**<br><br>DATE:    March 20, 2020<br>TIME:    9:00 a.m.<br>DEPT:    Courtroom 14B<br>JUDGE:  Hon. William Q. Hayes<br><br>**[No Oral Argument Unless Requested By Court]**<br><br>Filed:      September 8, 2016<br>Certified:  October 9, 2018 |

**COHELAN KHOURY & SINGER**
Isam C. Khoury (SBN 58759)
  *ikhoury@ckslaw.com*
Michael D. Singer (SBN 115301)
  *msinger@ckslaw.com*
Diana M. Khoury (SBN 128643)
  *dkhoury@ckslaw.com*
Marta Manus, (SBN 260132)
  *mmanus@ckslaw.com*
605 C Street, Suite 200
San Diego, CA 92101
Telephone: (619) 595-3001 / Facsimile: (619) 595-3000

**LAW OFFICES OF SAHAG MAJARIAN II**
Sahag Majarian, II (SBN 146621)
  *sahagii@aol.com*
18250 Ventura Blvd.
Tarzana, CA 91356
Telephone: (818) 609-0807 / Facsimile: (818) 609-0892

Attorneys for Plaintiffs and the Certified Classes

NOTICE IS HEREBY GIVEN that on March 20, 2020 at 9:00 a.m., in Courtroom 14B, 14th Floor of the above-captioned Court located at 221 West Broadway, San Diego, California 92101, before the Honorable William Q. Hayes presiding, Plaintiffs Enrique Vazquez, Sergio Alfonso Lopez, Maria Viveros and Xochitl Lozano ("Plaintiffs"), on behalf of themselves and the Certified Class will, and hereby do, move this Court for an Order which has the effect of doing the following:

1.　　finally adjudicate the Settlement is fair, adequate and reasonable;

2.　　direct distribution of the Settlement benefits by the Settlement Administrator to all Participating Class Members in accordance with the Stipulation of Class Action Settlement;

3.　　approve and direct the payment of $50,000 to CPT Group, Inc., ("CPT") the Settlement Administrator, for its fees and costs in administering the Settlement;

4.　　approve and direct the payment of $112,500 (75% of $150,000) to the California Labor and Workforce Development Agency (the "LWDA") as its share of the settlement for civil penalties;

5.　　approve and direct payment of $1,000,000 (one-third of the GSA) to Class Counsel for their attorneys' fees and $150,584.72 (originally estimated at $175,000) as reimbursement of their litigation costs.

6.　　approve and direct the Class Representative Service Payment of $7,500 to be paid to the Plaintiff/Class Representative Enrique Vazquez;

7.　　approve and direct the Class Representative Service Payment of $7,500 to be paid to the Plaintiff/Class Representative Sergio Alfonso Lopez;

8.　　approve and direct the Class Representative Service Payment of $7,500 to be paid to the Plaintiff/Class Representative Maria Viveros;

///

///

9. approve and direct the Class Representative Service Payment of $7,500 to be paid to the Plaintiff/Class Representative Xochitl Lozano;

10. direct the Clerk of the Court to enter final judgment, and without affecting the finality of the final judgment, to reserve the Court's continuing jurisdiction over the Parties for the purpose of implementing, enforcing, or administering the Settlement.

This motion is made on the grounds the proposed Settlement, which was preliminarily approved by this Court on August 2, 2019 [Dkt. 107] is the product of arms'-length, good-faith negotiations, and is fair and reasonable to the Class who have embraced the Settlement with a return of zero objections and one request for exclusion. The proposed Settlement should now be finally approved, as more fully discussed in the accompanying Memorandum in Support of Final Approval of Class Action Settlement and Entering Final Judgment.

This Motion is based upon this Notice of Motion, the attached Memorandum of Points and Authorities in support, the Declarations of Class Counsel Michael D. Singer, Paul K. Haines, and Sahag Majarian II, Declaration of Ani Sarich, on behalf of CPT Group, Inc., the appointed Settlement Administrator, the Declarations of the Plaintiffs/Class Representatives Enrique Vazquez, Sergio Alfonso Lopez, Maria Viveros and Xochitl Lozano, the Motion for Order Granting Preliminary Approval of Class Action Settlement [Dkts. 107, 110], the Stipulation of Class Action Settlement [Dkt. 105-1], and such other records and files in this class action litigation, and such other matters as may be properly presented at or before the hearing.

///

///

///

///

///

The Parties have met and conferred with Counsel for Defendant regarding the substance of this motion, and Plaintiffs anticipate no objection to this motion from Defendants.

Respectfully submitted

**THE HAINES LAW GROUP, APC**
**COHELAN KHOURY & SINGER,**
**LAW OFFICE OF SAHAG MAJARIAN II**

Date: February 21, 2020

By: s/ Diana M. Khoury
Diana M. Khoury
Paul K. Haines
Sahag Majarian II
Attorneys for Plaintiffs and the Certified Classes