**HAINES LAW GROUP, APC**
Paul K. Haines (SBN 248226)
 *phaines@haineslawgroup.com*
Tuvia Korobkin (SBN 268066)
 *tkorobkin@haineslawgroup.com*
Sean M. Blakely (SBN 264384)
 *sblakely@haineslawgroup.com*
222 N. Sepulveda, Suite 1550
El Segundo, California 90245
Telephone: (424) 292-2350 / Facsimile: (424) 292-2355

Attorneys for Plaintiffs and the Certified Class
[*Additional counsel listed on following page*]

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE VAZQUEZ, SERGIO ALFONSO LOPEZ, and MARIA VIVEROS, individually and on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KRAFT HEINZ FOODS COMPANY, a Pennsylvania Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Lead Case No. 16-CV-02749-WQH-BLM (Consolidated w/Case No. 17-cv-00077-WQH-BLM)<br><br>**CLASS ACTION**<br><br>**UNOPPOSED**<br><br>**DECLARATION OF SAHAG MAJARIAN II IN SUPPORT OF MOTION FOR ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND AWARD OF ATTORNEY FEES AND COSTS**<br><br>DATE: March 20, 2020<br>TIME: 9:00 a.m.<br>DEPT: Courtroom 14B<br>JUDGE: Hon. William Q. Hayes<br><br>Filed: September 8, 2016<br>Certified: October 9, 2018 |

**COHELAN KHOURY & SINGER**
Isam C. Khoury (SBN 58759)
 *ikhoury@ckslaw.com*
Michael D. Singer (SBN 115301)
 *msinger@ckslaw.com*
Diana M. Khoury (SBN 128643)
 *dkhoury@ckslaw.com*
Marta Manus, (SBN 260132)
 *mmanus@ckslaw.com*
605 C Street, Suite 200
San Diego, CA 92101
Telephone: (619) 595-3001 / Facsimile: (619) 595-3000

**LAW OFFICES OF SAHAG MAJARIAN II**
Sahag Majarian, II (SBN 146621)
 *sahagii@aol.com*
18250 Ventura Blvd.
Tarzana, CA 91356
Telephone: (818) 609-0807 / Facsimile: (818) 609-0892

Attorneys for Plaintiffs and the Certified Class

# DECLARATION OF SAHAG MAJARIAN II

I, Sahag Majarian II, hereby declare:

1. I am an attorney duly licensed to practice in the State of California and am the principal of the Law Offices of Sahag Majarian II, one of the attorneys of record for Plaintiffs in this certified class action against Kraft Heinz Foods Company. I have personal knowledge of the following, and if called and sworn as a witness, I could and would competently testify thereto. This declaration is made in support of Plaintiffs' motion for approval of the class action settlement and award of attorneys' fees and costs pursuant to the representative action settlement in this case.

2. I graduated from Loyola Law School in 1990. Since my graduation, I have been in private practice primarily representing consumers against insurance companies and workers against their employers. I have devoted a significant portion of my practice to employment law and class actions, and have been appointed co-class counsel for the plaintiffs in no less than 50 wage and hour class actions. A sample of these cases are: *Ayvasi v. Ralph Grocery Company*, LASC Case No. BC382980; *Sandoval v. Chevron Stations, Inc.*, MCSC Case No. CV061690; *Nieves v. Roy's Woldwide, Inc.*, OSCS Case No. 06CC0076; *Corado v. Good Year Rubber Corp.*, SBSC Case No. RCV095476; *Pleitz v. Johnson Controls*, LASC Case No. BC353315; *Serrano v. BCI Coca Cola Bottling Co. of LA*, LASC Case No. BC349904; *Urbina v. Valley Crest Co.*, LASC Case No. BC356023; *Moraza v. OK International*, OSCS Case No. 06CC0148; *DeLuna v. Target*, LASC Case No. BC353080; *Daglian v. Staples, Inc.* LASC Case No. BC375325; *McCoy v. Kimko*, OSCS Case No. 07CC00007; *Razo v. C&D Zodiac, Inc.*, OSCS Case No. 07CC01373; and *Gomez v. Spenuzza, Inc.*, RCSC Case No. RIC524075.

3. In the employment class action arena, I have participated in over 150 class action mediations. My participation has included extensive preparation, development of thorough knowledge of the legal issues related to certification and liability, and full immersion and participation in the mediation and negotiation

process. I have also been designated co-counsel in various cases where we prevailed in contested class certification motions. The cases include: *Herrera v. Mountain Meadow Mushroom Farms*, SDSC Case No. 37-2009-00092416; *Aguirre v. California Drop Forge, Inc.*, LASC Case No. BC374521; *Marroquin v. Swissport North America, Inc.*, LASC Case No. BC390001; *Ruiz v. JCP Logistics, Inc.*, USDC Central District Case No. 8:13-cv1908-JLS-AN.

4. Throughout my thirty one year career in law, my practice has been exclusively contingent fee work. Within the class action arena, I have been designated co-class counsel in no less than 30 class actions that have been settled for over $1 million each. Given my success and experience, in my contingency fee practice I have averaged over $700 per hour worked. Therefore, I believe it appropriate to set my lodestar at no less than $700 per hour in this case. This request is fair in view of the much higher rate per hour that can be justified by the broadly accepted Laffey Matrix which shows hourly rate of $894 for attorneys out of law school for more than 20 years. Within the last three years, various courts throughout the State of California have approved my hourly rate at $700.

5. My involvement in this case has included analysis and research relative to Labor Code violations as to the employment practices of Defendant. In the process, I developed a thorough knowledge of the legal issues surrounding the facts of this case. In addition, I was involved in investigating and solidifying out theories of liability against Defendant. The settlement was reached after extensive negotiations subsequent to a full day mediation. Based on the totality of the circumstances, I believe that the result achieved in this case is an extremely good outcome for all class members.

6. Based on my experience as Class Counsel in previous cases, and given the legal and factual realities presented in this case, I believe the proposed settlement is fair, reasonable and adequate for the class. As a result of my prior experience of

2
Declaration of Enrique Vazquez ISO Motion for Final Approval and Award of Service Payment
Case No. 16-CV-02749-WQH-BLM

representing employees in other class actions, I am fully aware of the responsibilities I owe to the aggrieved employees.

7. I was approached by Plaintiff Enrique Vazquez in March of 2016 in connection with potential employment law claims he believed he may have had against Defendant. After conducting an investigation of the facts and data, my co-counsels at Cohelan, Khoury & Singer and I decided to proceed with filing of this class action against Defendant.

8. Throughout the past thirty five months, I have been involved in the handling of this matter. My work in this case includes, but is not limited to pre-litigation research and investigation regarding Defendant's employment practices, communication with client, preparation of exposure model of damages, and communication with co-counsel regarding implementation of a strategy to move the case towards resolution.

9. My law office, along with the law firms of Cohelan, Khoury & Singer and Haines Law Group, APC undertook this matter on a purely contingency basis with no guarantee that the time expended would result in any recovery or recoupment of costs. Throughout my 35 months of involvement in this matter, I have spent a total of 38.30 hours in this case. As such, based on my rate of $700 per hour, my unadjusted lodestar amount would be for $26,810. I have incurred a total of $18,135.00 in costs in this case (See Exhibit "A").

10. Based on my experience in class and representative litigation, as well as my experience with similar class cases involving similar claims, the settlement and amount being made available provides the aggrieved employees with a real and significant benefit. My endorsement of the Settlement is without reservation.

///

///

///

3

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 20, 2020 at Tarzana, California.

_____
Sahag Majarian II

EXHIBIT "A"

| Type | Payment Method | Date | Num | Source Name | Invoice | Invoice Date | Memo | Amount |
|---|---|---|---|---|---|---|---|---|
| **Law Office of Sahag Majarian II** | | | | | | | | |
| **Vasquez v. Kraft** | | | | | | | | |
| Shared Costs with CKS | | | | | | | | |
| | Check | 4/20/2017 | 3434 | CKS | | 3/15/2017 | 50% of Filing/complex fee and E. Vasquez's transcript | $1,063.55 |
| | Check | 4/20/2017 | 3434 | CKS | | 3/15/2017 | Filing/complex fee (PAGA) | $717.50 |
| | Check | 6/19/2018 | 3933 | CKS | | 5/9/2018 | Electronic Discovery (DATA) | $2,031.82 |
| | Check | 6/19/2018 | 3933 | CKS | | 5/9/2018 | Spanish Interpreting | $1,626.50 |
| | Check | 6/19/2018 | 3933 | CKS | | 5/9/2018 | Consulting | $10,621.37 |
| | Check | 6/19/2018 | 3933 | CKS | | 5/9/2018 | Kramm Court Reporting | $97.50 |
| Total | | | | | | | | $16,158.24 |
| Travel, Hotel, Parking, Gas | | | | | | | | |
| | Credit Card | 1/23/2017 | | Erika Figueroa | | | Kimpton Solamar Hotel for deposition | $276.36 |
| | Credit Card | 1/23/2017 | | Erika Figueroa | | | Amtrak for deposition | $112.00 |
| | Check | 2/3/2017 | | Enrique Vasquez | | | Reimbursement for travel deposition | $194.00 |
| | Credit Card | 3/12/2019 | | Erika Figueroa | | | Airplane Ticket for mediation | $551.96 |
| | Credit Card | 3/12/2019 | | Enrique Vasquez | | | Airplane Ticket for mediation | $539.96 |
| | Credit Card | 3/18/2019 | | Erika Figueroa | | | Ground transportation to airport | $12.34 |
| | Credit Card | 3/18/2019 | | Erika Figueroa | | | Ground transportation from airport to mediation | $18.71 |
| | Credit Card | 3/18/2019 | | Erika Figueroa | | | Ground transportation from mediation to airport | $19.92 |
| | Credit Card | 3/18/2019 | | Erika Figueroa | | | Ground transportation from airport to home | $11.08 |
| | Check | 3/24/2019 | | Enrique Vasquez | | | Reimbursement for travel mediation | $192.00 |
| Total | | | | | | | | $1,928.33 |
| Fedex | | | | | | | | |
| | Check | 7/17/2019 | 2294 | Fedex | 6-610-73733 | 7/12/2019 | Documents to client | $21.28 |
| | Check | 8/19/2019 | 2312 | Fedex | 6-701-91133 | 8/9/2019 | Documents to client | $27.23 |
| Total | | | | | | | | $48.51 |
| | | | | | | | | |
| TOTAL COSTS | | | | | | | | $18,135.08 |